1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 PATRICA C. THIESSEN,                No. 2:09-cv-00789-MCE-EFB PS
12           Plaintiff,
13      v.                             **ORDER**
14 UNITED STATES DEPARTMENT
   OF AGRICULTURE; UNITED STATES
15 FOREST SERVICE,
16           Defendants.
17                          ----oo0oo----
18      In the interest of judicial economy, because this *pro se*
19 action is related to two other cases filed by plaintiffs
20 represented by counsel, the instant action is hereby referred
21 back to this Court from the Magistrate Judge and will be treated
22 in all future proceedings as if it had been filed by counsel.
23      IT IS SO ORDERED.
24  Dated: August 14, 2009
25
26                              _____
                                MORRISON C. ENGLAND, JR.
27                              UNITED STATES DISTRICT JUDGE
28

1